COPY

PETER D. KIESLER
Assistant Attorney General
DEBRA W. YANG
United States Attorney
PHILIP A. BERNS
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. MICHAEL UNDERHILL
Assistant Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Fax: (415) 436-6632
E-mail: mike.underhill@usdoj.gov

Attorneys for Petitioner
United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

SCANNED

LODGED
2004 MAR 22 AM 10:
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter<br>of<br>The Complaint of the United States of America, as Owner of the M/V OCEAN RANGER, for Exoneration from or Limitation of Liability. | Civil No. CV04-1954 RSWL (RCx)<br>IN ADMIRALTY<br>~~(PROPOSED)~~<br>ORDER DIRECTING ISSUANCE OF NOTICE OF PUBLICATION THEREOF, AND RESTRAINING ORDER |

DOCKETED ON CM
MAR 29 2004
BY 006



5

SCANNED

PETER D. KIESLER
Assistant Attorney General
DEBRA W. YANG
United States Attorney
PHILIP A. BERNS
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. MICHAEL UNDERHILL
Assistant Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Fax: (415) 436-6632
E-mail: mike.underhill@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter<br>of<br>The Complaint of the United States of America, as Owner of the M/V OCEAN RANGER, for Exoneration from or Limitation of Liability. | ) Civil No.<br>)<br>) IN ADMIRALTY<br>)<br>) ORDER DIRECTING ISSUANCE OF NOTICE OF PUBLICATION THEREOF, AND RESTRAINING ORDER |

WHEREAS, a complaint having been filed in this Court on March 12, 2004, by the United States of America as owner of the M/V OCEAN RANGER, seeking exoneration from or limitation of liability for any and all losses, injuries and/or damages occasioned or incurred by or in any way consequent upon the collision or allision involving said vessel and the M/V VISION on navigable waters of the United States in the Pacific Ocean near San Miguel Island, on or about September 12, 2003 (the "Incident"), and for certain other relief, and the complaint having stated the facts and circumstances upon which said exoneration and limitation are claimed, and it appearing that claims have been made or may be made against

the plaintiff in amounts which will exceed the value of plaintiff's interest in said vessel, for losses, injuries and/or damages said to have been occasioned or incurred in consequence of the aforesaid Incident; and

WHEREAS, plaintiff being exempted by reason of 28 U.S.C. § 2408 from giving security for damages or costs herein, and being thereby exempted form furnishing bonds or stipulations for value or any other security in these proceedings; and

NOW, on application of R. Michael Underhill, Assistant Attorney in Charge, West Coast Office, Torts Branch, Civil Division, U.S. Department of Justice, one of the counsel for plaintiff; it is hereby

ORDERED that the Clerk of this Court issue a notice forthwith, in the form attached to this Order, to all persons or entities asserting claims with respect to which the complaint seeks limitation, admonishing them to file their respective claims and answers, if any, with the Clerk of this Court and to serve attorneys for plaintiff United States a copy thereof on or before June 14, 2004; and it is further

ORDERED that public notice shall be given by publication thereof in the newspaper known as "The Los Angeles Daily Journal," published in the city of Los Angeles, California, and that such notice shall be published once a week for four consecutive weeks prior to the date fixed herein for the filing of claims; and it is further

ORDERED that not later that the date of the second publication of said notice, that the plaintiff United States shall mail a copy of said notice and complaint to every person or concern, if any, known to have made any claim against the M/V OCEAN RANGER or plaintiff United States arising out of the voyage or trip on which the claims sought to be limited arose; and it is further

ORDERED that the continued prosecution of any and all suits, actions and/or proceedings which may have already begun against the plaintiff in any Court whatsoever to recover damages arising out of, occasioned by, or consequent upon the aforesaid Incident

during the voyage or trip in which the M/V OCEAN RANGER was then engaged, and the institution or prosecution of any suits, actions or legal proceedings of nay nature or description whatsoever in any Court wheresoever, except in this proceeding for exoneration from limitation of liability, against plaintiff United States in respect of any claim or claims arising out of the aforesaid Incident or otherwise arising during the voyage or trip on which the M/V OCEAN RANGER was then engaged, or otherwise subject to limitation in this proceeding, be and the same hereby are stayed and restrained; and it is further

ORDERED that service of this Order as a restraining order shall be made within this District in the usual manner and in any other District of the United States by the United States Marshal for such District by delivering or mailing a certified copy of this Order to the person or persons, or entity or entities, to be restrained, or to their respective attorneys for representatives; and it is further

ORDERED that the publication and mailing of copies of the Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, shall constitute due notice to all persons asserting claims with respect to which said complaint seeks limitation.

IT IS SO ORDERED.

Dated: 3-23-04.

RONALD S.W. LEW

UNITED STATES DISTRICT JUDGE



SCANNED

PRESENTED BY:

PETER D. KIESLER
Assistant Attorney General
DEBRA W. YANG
United States Attorney
PHILIP A. BERNS
Attorney In Charge, WCO
Torts Branch, Civil Division

R. MICHAEL UNDERHILL
Assistant Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Petitioner
United States of America

SCANNED