
1 | PETER D. KIESLER
Assistant Attorney General
2 | DEBRA W. YANG
United States Attorney
3 | PHILIP A. BERNS, State Bar No. 145919
Attorney in Charge, West Coast Office, Torts Branch, Civil Division
4 | R. MICHAEL UNDERHILL, State Bar No. 104986
U.S. Department of Justice, 7-5395 Federal Bldg., P.O. Box 36028
5 | 450 Golden Gate Avenue
San Francisco, California 94102-3463
6 | Telephone: (415) 436-6648
Fax: (415) 436-6632
7 | E-mail: mike.underhill@usdoj.gov

8 | Attorneys for Third-party Plaintiff United States

FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
BUT NOT FILED
JUN 23 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY                    DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>The Complaint of the United States of America, as Owner of the M/V OCEAN RANGER, for Exoneration from or Limitation of Liability.<br><br>TRUTH AQUATICS, INC.,<br>   Claimant,<br>   v.<br>UNITED STATES OF AMERICA,<br>   Respondent/Defendant.<br><br>UNITED STATES OF AMERICA,<br>   Third-party Plaintiff,<br>   v.<br>M/V VISION, her engines, tackle, appurtenances, etc., *in rem*,<br>   Third-party Defendant. | Civil No. CV04-1954 RSWL (RCx)<br><br>IN ADMIRALTY<br><br>(~~PROPOSED~~)<br>ORDER FOR ISSUANCE OF *IN REM* PROCESS OF ARREST OF VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C OF THE FEDERAL RULES OF CIVIL PROCEDURE AND<br>LOCAL ADMIRALTY RULE E.3 |

DOCKETED ON CM
JUN 28 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

27 | //

28 | (PROPOSED) ORDER FOR ISSUANCE OF *IN REM* PROCESS – CV04-1954 RSWL (RCx)

18

1  PETER D. KIESLER
   Assistant Attorney General
2  DEBRA W. YANG
   United States Attorney
3  PHILIP A. BERNS, State Bar No. 145919
   Attorney in Charge, West Coast Office, Torts Branch, Civil Division
4  R. MICHAEL UNDERHILL, State Bar No. 104986
   U.S. Department of Justice, 7-5395 Federal Bldg., P.O. Box 36028
5  450 Golden Gate Avenue
   San Francisco, California 94102-3463
6  Telephone: (415) 436-6648
   Fax: (415) 436-6632
7  E-mail: mike.underhill@usdoj.gov

8  Attorneys for Third-party Plaintiff United States

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11  In the Matter                                  ) Civil No. CV04-1954 RSWL (RCx)
                                                   )
12      of                                         ) IN ADMIRALTY
                                                   )
13  The Complaint of the United States of America, ) ORDER FOR ISSUANCE OF *IN REM*
    as Owner of the M/V OCEAN RANGER, for          ) PROCESS OF ARREST OF VESSEL
14  Exoneration from or Limitation of Liability.   ) PURSUANT TO SUPPLEMENTAL
                                                   ) ADMIRALTY RULE C OF THE
15  _____        ) FEDERAL RULES OF CIVIL
                                                   ) PROCEDURE AND
    TRUTH AQUATICS, INC.,                          ) LOCAL ADMIRALTY RULE E.3
16                                                 )
            Claimant,                              )
17                                                 )
        v.                                         )
18                                                 )
    UNITED STATES OF AMERICA,                      )
19                                                 )
            Respondent/Defendant.                  )
20  _____        )
                                                   )
21  UNITED STATES OF AMERICA,                      )
                                                   )
22          Third-party Plaintiff,                 )
                                                   )
23      v.                                         )
                                                   )
24  M/V VISION, her engines, tackle, appurtenances,)
    etc., *in rem*,                                )
25                                                 )
            Third-party Defendant.                 )
26  _____        )

27  //

28  ORDER FOR ISSUANCE OF *IN REM* PROCESS – CV04-1954 RSWL (RCx)

WHEREFORE, the United States having filed its verified Third-Party Complaint, *in rem*, in admiralty; and

WHEREFORE, in accordance with Supplemental Admiralty Rule C(3) of the Federal Rules of Civil Procedure and Local Admiralty Rule E.3(e), the United States having requested review by the Court of the said Third-Party Complaint for a finding therefrom that the conditions for an action *in rem* appear to exist, and for an order directing the Clerk to issue a Warrant to the United States Marshal for the arrest of the vessel pursuant to Supplemental Admiralty Rule C(3); and

WHEREFORE, upon reading the verified Third-Party Complaint for issuance of a Warrant of maritime arrest and supporting papers in accordance with Local Admiralty Rule E.3, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rule C appear to exist, it is

ORDERED that, in accordance with Supplemental Admiralty Rule C(3) and Local Admiralty E.3, the Clerk shall issue a Warrant of maritime arrest as prayed for in the Third-Party Complaint; and it is further

ORDERED that any person claiming an interest in the property arrested shall, upon application to the Court, be entitled to a prompt hearing at which the Third-Party Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the said warrant of maritime arrest.

IT IS SO ORDERED.

Dated: 6-25-04

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

ORDER FOR ISSUANCE OF *IN REM* PROCESS – CV04-1954 RSWL (RCx)     2

1  Presented By:
2  PETER D. KIESLER
   Assistant Attorney General
3  DEBRA W. YANG
   United States Attorney
4  PHILIP A. BERNS
   Attorney in Charge, West Coast Office
5  Torts Branch, Civil Division

6
7  _____
   R. MICHAEL UNDERHILL
8  Assistant Attorney in Charge
   Torts Branch, Civil Division
9  U.S. Department of Justice

10 Attorneys for Third-Party Plaintiff United States

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 ORDER FOR ISSUANCE OF *IN REM* PROCESS – CV04-1954 RSWL (RCx)                3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2004, I served a copy of the foregoing Proposed Order for Issuance of Warrant of Maritime Arrest by first class mail, postage prepaid, upon the following party:

Margaret Morrow
Russell, Mirkovich & Morrow
1 World Trade Center, Ste. 1450
Long Beach, CA 90831-1450
TEL: 562-436-9911

Counsel for Truth Aquatics, Inc.

_____
VERONICA GARNER

ORDER FOR ISSUANCE OF *IN REM* PROCESS – CV04-1954 RSWL (RCx)    4