FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2004
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE U.S. | CASE NUMBER<br>CV 04-1954-RSWL |
| PLAINTIFF(S)<br>v.<br>TRUTH AQUATICS, INC.<br>DEFENDANT(S). | ORDER/REFERRAL TO<br>ADR PILOT PROGRAM |

IT IS HEREBY ORDERED THAT this case shall be

☐ ordered to the Attorney Settlement Officer Panel for an early settlement conference to be completed no later than _____. Within ten (10) days, plaintiff shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; notify the Attorney Settlement Officer Panel Coordinator (at 213-894-8249) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be randomly assigned by the Attorney Settlement Officer Panel Coordinator appointed by the court. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov.

☒ ordered to the Attorney Settlement Officer Panel for a Local Civil Rule 16-14 Settlement Conference. Within ten (10) days, plaintiff shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; notify the Attorney Settlement Officer Panel Coordinator (at 213-894-8249) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be randomly assigned by the Attorney Settlement Officer Panel Coordinator appointed by the court. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov.

☐ ordered to a private mediator based upon a stipulation of the parties to be completed no later than _____.

☐ other _____

The Court hereby directs the parties to complete the following discovery before engaging in the settlement conference or mediation hearing _____

The Court further set a status conference on _____.

9-13-04
Date

RONALD S. W LEW
RONALD S. W. LEW, United States District Judge

cc: ADR Program Coordinator

DOCKETED ON
SEP 14 2004
BY ___ 005

31

ADR-12 (01/03)        ORDER/REFERRAL TO ADR PILOT PROGRAM