```
 1  Michael J. Harrington, Esq., C.B.N. 144737
    LAW OFFICES OF MICHAEL J. HARRINGTON
 2  430 D Street
    Davis, California 95616
 3  (530) 759-8440, Fax 759-8476

 4  Joseph N. Mirkovich, Esq., C.B.N.  45644
    Margaret E. Morrow, Esq., C.B.N.  145306
 5  RUSSELL, MIRKOVICH & MORROW
    One World Trade Center, Ste. 1450
 6  Long Beach, CA 90831-1450
    (562) 436-9911, fax 436-1897
 7
    Attorneys for Defendant and Claimant,
 8  TRUTH AQUATICS, INC.; and
    Third Party Defendant, M/V VISION,
 9  her engines, tackle,
    appurtenances, etc., in rem.
10
```



FILED
CLERK, U.S DISTRICT COURT
DEC 15 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of the United States of America as Owner of the M/V OCEAN RANGER, for Exoneration from or Limitation of Liability<br><br>——————————————<br><br>TRUTH AQUATICS, INC.,<br>Claimant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent/Defendant.<br><br>——————————————<br><br>UNITED STATES OF AMERICA,<br>Third-Party Plaintiff,<br><br>v.<br><br>M/V VISION, her engines, | ) CASE NO. CV04-1954 RSWL<br>) (RCx)<br>)<br>)<br>)<br>) STIPULATED REQUEST TO MODIFY<br>) SEPTEMBER 13, 2004<br>) SCHEDULING ORDER'S FEBRUARY<br>) 1, 2005 DISCOVERY CUT-OFF TO<br>) PERMIT THE TAKING OF THE<br>) DEPOSITION OF U.S. PARK<br>) SERVICE EMPLOYEE CAPTAIN<br>) JOHN JOHNSON NO LATER THAN<br>) FEBRUARY 25, 2005;<br>)<br>)<br>)<br>)<br>)<br>) (PROPOSED) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

USA v. M/V OCEAN RANGER, et al;
CASE NO. 2:04-CV-04-1954 RSWL (RCx)
STIPULATION AND ORDER



DOCKETED ON CM
DEC 17 2004
BY                 011

-1-

33

tackle, appurtenances, etc.,
in rem, Third-Party Defendant.

COME NOW ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD and stipulate to this request that the Court amend its September 13, 2004 Scheduling Order and permit the taking of the deposition of U.S. Park Service employee John Johnson no later than Friday, February 25, 2005. The deposition is to take place in Ventura, California unless otherwise agreed to in writing. All other Court-ordered scheduling deadlines shall remain the same.

This request is being made because Captain Johnson will be unavailable for his deposition due to travel in January 2005, and the parties are hoping to attend a mediation now scheduled for December 16, 2004 pursuant this Court's Alternative Dispute Resolution Program. Approving this Stipulated Request will result in significant savings of party resources.

///
///
///
///
///
///
///
///
///

1  ///

2  ///

3  ///

4  REVIEWED AND APPROVED THIS 13th day of December 2004.

5

6  *Michael J. Harrington* MEM

7  Michael J. Harrington, Esq.

8

9  *Joseph N. Mirkovich*

10 Joseph N. Mirkovich, Esq.
   Margaret E. Morrow, Esq.
11

12 Co-Counsel for TRUTH AQUATICS, INC.
   And M/V VISION
13

USA v. M/V OCEAN RANGER, et al;
CASE NO. 2:04-CV-04-1954 RSWL (RCx)
STIPULATION AND ORDER

-3-

REVIEWED AND APPROVED THIS 9th day of December 2004

PETER D. KIESLER
Assistant Attorney General
DEBRA W. YANG
United States Attorney
PHILIP A. BERNS, State Bar No. 145919
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

_____
R. MICHAEL UNDERHILL, SBN 104986
Assistant Attorney in Charge
U.S. Department of Justice, Torts Branch

Attorneys for the UNITED STATES OF AMERICA

ORDER

After considering the above-referenced Stipulated Request, the Court finds that good cause exists to GRANT the request to modify its September 13, 2004 Scheduling Order per the stipulation. The deposition of Captain John Johnson is to take place pursuant to the stipulation.

IT IS SO ORDERED.

Dated this 15th day of December 2004.

RONALD S W LEW
_____
Judge of the United States
District Court

USA v. M/V OCEAN RANGER, et al;
CASE NO. 2:04-CV-04-1954 RSWL (RCx)
STIPULATION AND ORDER

-5-