1  PETER D. KIESLER
   Assistant Attorney General
2  DEBRA W. YANG
   United States Attorney
3  PHILIP A. BERNS, State Bar No. 145919
   Attorney in Charge, West Coast Office
4  Torts Branch, Civil Division
   R. MICHAEL UNDERHILL, State Bar No. 104986
5  U.S. Department of Justice
   Torts Branch, Civil Division
6  7-5395 Federal Bldg., P.O. Box 36028
   450 Golden Gate Avenue
7  San Francisco, California  94102-3463
   Telephone:  (415) 436-6648
8  Fax: (415) 436-6632
   E-mail: mike.underhill@usdoj.gov
9
   Attorneys for Petitioner
10 United States of America

```
                        FILED
            CLERK, U.S. DISTRICT COURT

                    APR 2 6 2005

            CENTRAL DISTRICT OF CALIFORNIA
            BY                    DEPUTY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

11              UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13    In the Matter              )  Civil No. CV04-1954 RSWL (RCx)
                                 )
14          of                   )  IN ADMIRALTY
                                 )
15 The Complaint of the United States of America, )
16 as Owner of the M/V OCEAN RANGER, for  )
   Exoneration from or Limitation of Liability.   )  STIPULATED ORDER FOR
17                               )  CONDITIONAL DISMISSAL
                                 )
18 TRUTH AQUATICS, INC.,         )
                                 )
19         Claimant,             )  Pretrial: May 2, 2005
                                 )  Trial: May 24, 2005
20         v.                    )
                                 )
21 UNITED STATES OF AMERICA,     )
                                 )
22         Respondent/Defendant. )
                                 )
23

24

25       The Court, having been informed by the respective counsel for Petitioner United States, Claimant

26 Truth Aquatics, Inc., and Third-Party Defendant M/V VISION, that they have agreed to recommend

27 settlement of this case to their respective clients;

28 STIPULATED ORDER FOR CONDITIONAL DISMISSAL – CV04-1954 RSWL (RCx)

```
DOCKETED ON CM

        APR 2 7 2005

BY                        026
```

35

1    IT IS ORDERED that this action be dismissed without costs and without prejudice to the right of

2    entry of a Consent Judgment or, upon good cause shown, within forty (40) days to have this Order of

3    Dismissal set aside and the action reinstated if the recommended settlement is not approved by the parties.

4    IT IS SO ORDERED.

5

6    Dated: 4-26-05.                          RONALD S.W. LEW
                                        _____
                                        UNITED STATES DISTRICT JUDGE
7

8

9    WE HEREBY CONSENT TO ENTRY
     OF THE FOREGOING ORDER:
10

11   Dated: April 18, 2005.          PETER D. KIESLER
                                     Assistant Attorney General
12                                   DEBRA W. YANG
                                     United States Attorney
13                                   PHILIP A. BERNS
                                     Attorney In Charge, WCO
14                                   Torts Branch, Civil Division

15

16                                   _____
                                     R. MICHAEL UNDERHILL
                                     Assistant Attorney in Charge
17                                   Torts Branch, Civil Division
                                     U.S. Department of Justice
18
                                     Attorneys for Petitioner
19                                   United States of America

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   STIPULATED ORDER FOR CONDITIONAL DISMISSAL – CV04-1954 RSWL (RCx)            2

22

1 | Dated: April 18, 2005

LAW OFFICES OF MICHAEL J. HARRINGTON

By: _Michael J. Harrington_
Michael J. Harrington, Esq.
Attorneys for TRUTH AQUATICS, INC.

5 | //
6 | //
7 | //
8 | //
9 | //
10 | //
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | STIPULATED ORDER FOR CONDITIONAL DISMISSAL – CV04-1954 RSWL (RCx)          3

1    Dated: April 18, 2005

2

3    By:    RUSSELL, MIRKOVICH & MORROW

       _Ozhuphukovich_ FOR

4              Margaret E. Morrow, Esq.
              Attorneys for TRUTH AQUATICS, INC.,
5              and M/V VISION, her engines, tackle,
              appurtenances, etc., in rem.

6    //

7    //

8    //

9    //

10    //

11    //

12    //

13    //

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    STIPULATED ORDER FOR CONDITIONAL DISMISSAL – CV04-1954 RSWL (RCx)    4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25 2005, I served a copy of the foregoing Stipulated

Conditional Dismissal by first class mail, postage prepaid, upon the following party:


Joseph N. Mirkovich
Margaret Morrow
Russell, Mirkovich & Morrow
1 World Trade Center, Ste. 1450
Long Beach, CA  90831-1450
TEL: 562-436-9911

Michael J. Harrington
LAW OFFICES OF MICHAEL J. HARRINGTON
430 D Street
Davis, CA 95616
(530) 759-8440



_____
VERONICA GARNER